May 15, 2008

Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

Ms. Sharon E. Callaway
Crofts & Callaway, P.C.
4040 Broadway, Suite 525
San Antonio, TX 78209

Mr. Robin C. Gibbs
Gibbs & Bruns, L.L.P.
1100 Louisiana, Suite 5300
Houston, TX 77002

Mr. David J. Beck
Beck Redden & Secrest, L.L.P.
1221 McKinney Street, Suite 4500
Houston, TX 77010-2010

Mr. Jesse Gamez
Law Offices of Jesse Gamez
111 E Commerce
San Antonio, TX 78205
Ms. Nina Cortell
Haynes & Boone, LLP
901 Main Street, Suite 3100
Dallas, TX 75202

Mr. Ricardo G. Cedillo
Davis, Cedillo & Mendoza, Inc.
755 E. Mulberry Ave., Suite 500
San Antonio, TX 78212-3135

Honorable Joe Frazier Brown Jr.
Bexar County Courthouse
57th Judicial District Court
100 Dolorosa
San Antonio, TX 78205

Mr. Jack C. Nickens
Nickens Keeton Lawless Farrell & Flack
600 Travis, Suite 7500
Houston, TX 77002

RE: Case Number: 08-0289
 Court of Appeals Number: 04-08-00261-CV
 Trial Court Number: 2008-CI-04864

Style: IN RE CITIGROUP GLOBAL MARKETS, INC., ET AL.

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Emergency Motion to
Stay or Abate Mandamus proceedings Pursuant to Settlement and issued the
enclosed abatement order in the above referenced-cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |
| |Mr. Charles R. Watson |
| |Jr. |